**Dismissed and Opinion Filed August 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00228-CV**

**IN RE ATMOS ENERGY CORPORATION, Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05668-E**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

Before the Court is relator's April 8, 2021 petition for writ of mandamus challenging the trial court's order denying relator's motion for each real party in interest to sign an authorization in order for the relator to obtain unredacted copies of certain documents.

In its July 14, 2021 motion for leave to withdraw its mandamus petition, relator advises us that this original proceeding has been rendered moot because relator has obtained substantially unredacted copies of the documents sought.

Accordingly, we grant the motion and dismiss the petition.

210228f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE